UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Hudgins, Natasha M ) Case No. 09 B 29264
) Judge Eugene R. Wedoff
Date 05/04/12

Debtor Attorney:

Robert J Semrad & Associates
20 S Clark St 28th Flr
Chicago, IL 60603

Natasha M. Hudgins
8118 S Claremont
Chicago, IL 60620

Mail

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** JP Morgan Chase Bank NA

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 8605 COC | $ 6,566.96 | $ 6,566.96 | $ 6,566.96 |
| Total Amount Paid by Trustee | | | | $ 6,566.96 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____ Through the Chapter 13 Conduit    __X__ Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 4th day of May, 2012.

| | |
|---|---|
| 05/04/12 | /s/ Rosalind Lanier |
| Date | Marilyn O. Marshall |
| | Chapter 13 Trustee |
| | Office of the Chapter 13 Trustee |
| | Suite 800 |
| | 224 South Michigan Avenue |
| | Chicago, IL  60604-2500 |

**Debtor**
Natasha M. Hudgins
8118 S Claremont
Chicago, IL  60620

**US Trustee**
Patrick S. Layng
Office of the United States Trustee
Dirksen Federal Court House
219 S Dearborn St Rm 873
Chicago, IL 60604

**Claim Holder**
JP Morgan Chase Bank NA
3415 Vision Dr - Att Dept OH4-7126
Columbus, OH  43219

**Debtor Attorney**
Robert J Semrad & Associates
20 S Clark St 28th Flr
Chicago, IL  60603

**Attorney for Claim Holder**
C/O JP Morgan Chase Bank NA
3415 Vision Dr - Att Dept OH4-7126
Columbus, OH  43219